In the Matter of the Accounting of John Frankenheimer et al., as Executors of Louis Gans, Deceased, Respondents.

Sarah G. Hackes et al., Appellants and Respondents; Louis J. Hoefner et al., Respondents.

(Submitted May 31, 1909; decided June 8, 1909.)

Motions for re-argument and to amend remittitur denied, without costs.    (See 195 N. Y. 346.)

---

Lizzie Merkel, Respondent, *v.* Alexander Lazard et al., Appellants.

(Submitted May 31, 1909; decided June 8, 1909.)

Motion to amend remittitur denied, with ten dollars costs. (See 195 N. Y. 560.).